

FILED 2008 OCT -1 PM 3:53 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA BY ___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

October 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,         Plaintiff,       v.  TAN DUC NGUYEN,         Defendant. | SA CR 08- **SA CR 08 - 00251** <br><br> I N D I C T M E N T <br><br> [18 U.S.C. § 1512(b)(3): Obstruction of Justice] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1512(b)(3)]

On or about October 19, 2006, in Orange County, within the Central District of California, defendant TAN DUC NGUYEN, then a candidate for Congress, knowingly engaged in misleading conduct toward another person with the intent to hinder, delay, and prevent the communication to a law enforcement officer of the United States of information relating to the commission or possible commission of a federal offense, that is, defendant

1  TAN DUC NGUYEN knowingly misled State of California investigators
2  with the intent to hinder, delay, and prevent the communication
3  to federal law enforcement officers of information relating to
4  whether a letter mailed to Hispanic-surnamed registered voters in
5  the 47th Congressional District of the State of California
6  regarding the November 2006 federal election violated federal
7  election laws, including interfering with the federally protected
8  right to vote in federal elections, and whether defendant TAN DUC
9  NGUYEN knew of, and participated in the production and
10 dissemination of, that letter.

                              A TRUE BILL

                              /s/
                         _____
                         Foreperson

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

ROBB C. ADKINS
Assistant United States Attorney
Chief, Santa Ana Office

JENNIFER L. WAIER
Assistant United States Attorney

GRACE CHUNG BECKER
Acting Assistant Attorney General
Civil Rights Division
Criminal Section

JAMES D. WALSH
Civil Rights Division
Criminal Section