# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | SA CR08-0251-DOC | Date | December 30, 2009 |
|---|---|---|---|

| Present: The Honorable | David O. Carter, U.S. District Judge |
|---|---|
| Interpreter | None |

| Kristee Hopkins | None | Jennifer Waier, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| TAN DUC NGUYEN | No | | X | H. Dean Steward | No | | X |

**Proceedings:**   (In Chambers)    ORDER RE-SETTING HEARING AS TO TIME ONLY

Court orders the hearing on Motion for Bill of Particulars and Motion to Suppress Evidence, as to the above-named defendant, presently set presently set January 19, 2010 at 1:30 p.m., **RE-SET** to **January 19, 2010 at 9:00 a.m.**

Counsel and defendant are ordered to be present.

The Clerk shall serve a copy of this minute order on counsel for all parties in this action.

|  | : | 0 |
|---|---|---|
| Initials of Deputy Clerk | kh | |

cc: