1  GEORGE S. CARDONA
   Acting United States Attorney
2  ROBB C. ADKINS
   Assistant United States Attorney
3  Chief, Santa Ana Branch
   JENNIFER L. WAIER
4  Assistant United States Attorney
   California Bar Number:   209813
5       411 West Fourth Street, Suite 8000
        Santa Ana, California 92701
6       Telephone: (714) 338-3550
        Facsimile: (714) 338-3708
7       E-mail:    Jennifer.Waier@usdoj.gov

8  Attorney for Plaintiff
   United States of America
9

10                 UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,    )   Case No. SA CR 08-251-DOC
                                 )
13               Plaintiff,      )   [PROPOSED] ORDER RE GRAND JURY
                                 )   TRANSCRIPT
14           v.                  )
                                 )
15  TAN DUC NGUYEN,              )
                                 )
16               Defendant.      )
                                 )
17                               )
                                 )
18  ─────────────────────────────

19       IT IS HEREBY ORDERED that plaintiff United States of America

20  may supply counsel for defendant TAN DUC NGUYEN with a copy of

21  the grand jury testimony of the witness(es) the government may

22  call at trial.  This order is being entered to permit compliance

23  with the disclosure provision of the Jencks Act, 18 U.S.C.

24  § 3500.

25       IT IS FURTHER ORDERED that defense counsel shall not

26  disclose such grand jury testimony to any other persons, except

27  as necessary in preparation of the defense, without prior

28  authorization from this Court, and that the copy of the testimony

provided to defense counsel (and any reproductions or copies made of the produced copy) shall be returned to the government at the conclusion of proceedings in this case.

DATED: January 19, 2010

_____
DAVID O. CARTER
United States District Judge